**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 518 MAL 2022

           Respondent                  :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

           v.                          :

                                        :

JONATHAN RICHARDS,                  :

                                        :

           Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner, are:

(1)      In light of *Alleyne v. United States*, 70 U.S. 99 (2013) is it not unconstitutional to consider an acceptance of ARD as a prior offense for sentencing purposes without the procedural protections afforded by *Alleyne*, i.e., a prior offense can only be determined by proof beyond a reasonable doubt?

(2)      Is it not fundamentally unfair and a violation of due process to equate a prior acceptance of ARD with a prior conviction for purposes of a recidivist mandatory minimum sentence even though that acceptance involved no proof of guilt beyond a reasonable doubt?

Petitioner's Motion for Stay of Proceedings is **DENIED**.